AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) |
| v. | ) |
| | ) Case No. RDB-19-0318 |
| Michael Williams "Mega" | ) |
| | ) |
| | ) |
| Defendant | |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Williams "Mega",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distrubute Controlled Substances

Date: 06/26/2019 6/27/19

_____
Issuing officer's signature

City and state: Baltimore, Maryland

A. David Copperthite, U.S Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-27-19, and the person was arrested on *(date)* 7-17-19
at *(city and state)* Balt MD.

Date: 7-17-19

_____
Arresting officer's signature

Brian Shuh
*Printed name and title*